John M. Naylor, Esq.
jnaylor@lionelsawyer.com
Nevada Bar No. 5435
LIONEL SAWYER & COLLINS
1700 Bank of America Plaza
300 South Fourth Street
Las Vegas, Nevada 89101
(702) 383-8888 (Telephone)
(702) 383-8845 (Fax)

Attorneys for Midland Credit Management, Inc.

UNITED STATES DISTRICT COURT

CLARK COUNTY, NEVADA

| | |
|---|---|
| KENNETH C. SUSSER,<br><br>                    Plaintiff<br><br>v.<br><br>MIDLAND CREDIT MANAGEMENT, INC.,<br><br>                    Defendant. | Case No. 2:11-cv-01826-PMP-CWH<br><br>STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE |

IT IS HEREBY STIPULATED and agreed, by and between the parties, KENNETH C. SUSSER, Plaintiff and JOHN M. NAYLOR, ESQ., of the law firm of LIONEL SAWYER & COLLINS, on behalf of Defendant, MIDLAND CREDIT MANAGEMENT, INC., that the above action be dismissed with prejudice, with each party to pay their own respective attorneys' fees and costs of suit.

///

///

///

///

///

At this time, there are no motions pending before the Court nor has a trial date been set in this action.

Dated: February 3, 2012.

*[signature]*
Kenneth C. Susser, In Pro Per
3949 West Alexander Road
Suite 1312
North Las Vegas, Nevada 89032

Dated: February 14, 2012.

LIONEL SAWYER & COLLINS

*[signature]*
John M. Naylor, Esq.
Nevada Bar No. 5435
300 South Fourth Street, Suite 1700
Las Vegas, Nevada 89101

## ORDER

Based upon the foregoing Stipulation of the parties and good cause appearing,

IT IS SO ORDERED.

Dated: February _ 15, 2012.

*[signature]*
U.S. DISTRICT COURT JUDGE

Submitted by:

LIONEL SAWYER & COLLINS

*[signature]*
John M. Naylor, Esq., NBN# 5435
300 South Fourth Street, Suite 1700
Las Vegas, Nevada 89101
Attorneys for Midland Credit Management, Inc.

LIONEL SAWYER & COLLINS
ATTORNEYS AT LAW
1700 BANK OF AMERICA PLAZA
300 SOUTH FOURTH ST.

2 of 2